**[J-52-2026]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: NOMINATION PETITION OF      :   No. 11 WAP 2026
SUMMER LEE, CANDIDATE FOR THE      :
DEMOCRATIC NOMINATION FOR      :   Appeal from the order of the
REPRESENTATIVE IN CONGRESS IN THE      :   Commonwealth Court at No. 112
12TH U.S. CONGRESSIONAL DISTRICT OF      :   MD 2026 dated March 26, 2026.
PENNSYLVANIA, PRIMARY ELECTION TO      :
BE HELD MAY 19, 2026.      :   SUBMITTED: April 8, 2026
     :
OBJECTION OF: WILLIAM PARKER

## ORDER

**PER CURIAM**

AND NOW, this 9th day of April, 2026, Appellant's Motion to Supplement the Record is DENIED and jurisdiction is noted; and the order of the Commonwealth Court is hereby AFFIRMED.